UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID BARKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-01229-KES-EPG<br><br>ORDER DIRECTING APPEARING DEFENDANTS TO SUBMIT FILING REGARDING STIPULATION OF DISMISAL<br><br>(ECF No. 14) |

On November 18, 2025, Plaintiff and Defendant County of Madera filed a stipulation of dismissal without prejudice of the claims against the State of California under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). However, because Rule 41(a)(1)(A)(ii) requires a stipulation of dismissal to be "signed by all parties who have appeared," the Court will also require all Defendants who have appeared, at least the State of California, to submit a filing approving or opposing the stipulation of dismissal.[1]

Accordingly, IT IS ORDERED as follows:

1. By no later than November 26, 2025, all Defendants who have appeared shall file a signed document reflecting their approval of the stipulation of dismissal (ECF No. 14) or file a

---

[1] The State of California has appeared through its counsel Jeffrey B. Knox. (ECF No. 7). Other Defendants, such as the United States Forest Service, have not appeared as of the entry of this order. However, if they later appear before the stipulation of dismissal is finalized, they must also respond to this order.

1

response opposing the stipulation of dismissal.

2. Alternatively, by no later than November 26, 2025, the parties may file a stipulation of dismissal signed by all parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  **November 19, 2025**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2