UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID BARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>    Defendants. | Case No. 1:25-cv-01229-KES-EPG<br><br>ORDER REGARDING STIPULATION OF DISMISAL WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO TERMINATE STATE OF CALIFORNIA FROM THE DOCKET<br><br>(ECF Nos. 14, 16) |

On November 18, 2025, Plaintiff and Defendant County of Madera filed a stipulation of dismissal without prejudice of the claims against the State of California under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own attorney fees and costs. However, because Rule 41(a)(1)(A)(ii) requires a stipulation of dismissal to be "signed by all parties who have appeared," the Court also required all Defendants who have appeared, at least the State of California, to submit a filing approving or opposing the stipulation of dismissal.[1] (ECF No. 15).

On November 25, 2025, the State of California filed a statement, signed by counsel, stating as follows: "Defendant State of California, acting by and through the California Department of Transportation, hereby approves of the stipulation of dismissal of defendant State

---

[1] The State of California has appeared through its counsel Jeffrey B. Knox. (ECF No. 7). Other Defendants, such as the United States Forest Service, have not appeared as of the entry of this order.

1

1  of California (ECF No. 14), made between Plaintiff and Defendant County of Madera, filed in
2  this action on or about November 18, 2025." (ECF No. 16).
3     Accordingly, as all parties who have appeared have expressed their agreement to the
4  stipulation of dismissal, IT IS ORDERED that the case against Defendant State of California has
5  been dismissed without prejudice and with the parties to bear their own attorneys' fees and costs.
6  The Clerk of Court is directed to terminate the State of California as a Defendant from the docket.

IT IS SO ORDERED.

Dated:  **December 1, 2025**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

2