UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID BARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　　Defendants. | Case No.   1:25-cv-01229-KES-EPG<br><br>ORDER REGARDING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO TERMINATE COUNTY OF MADERA FROM THE DOCKET<br><br>(ECF No. 19) |

　　　　On December 23, 2025, Plaintiff and Defendant County of Madera filed a stipulation of dismissal without prejudice of the claims against the County of Madera under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own attorneys' fees and costs. (ECF No. 19).

　　　　Accordingly, IT IS ORDERED that the case against Defendant County of Madera has been dismissed without prejudice and with the parties to bear their own attorneys' fees and costs. The Clerk of Court is directed to terminate the County of Madera as a Defendant from the docket.

IT IS SO ORDERED.

　　　Dated:   **December 29, 2025**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1